UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF: )
)
The Sophir Company, ) CASE NO. 02-80075
) CHAPTER 7
)
DEBTOR(S) )

## ORDER FOR CLERK TO PAY UNCLAIMED FUNDS

A request for funds being held in the court's registry has been made by The Financial Resources Group, Inc. on behalf of Intertape Polymer Corp. in the amount of $ 881.05.

IT IS ORDERED that the Clerk of the U. S. Bankruptcy Court is directed to pay the funds being held in the Registry of the Court to Intertape Polymer Corp c/o The Financial Resources Group, Inc.

Dated: 11/24/09

BY THE COURT:

Thomas L. Saladino
Chief Judge

Copies mailed to:
Intertape Polymer Corp.
c/o The Financial Resources Group Inc
700 Mechem Drive, Suite 8B
Ruidoso, NM 88345

6047BK BFY 07-29